UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 20-9474-MWF(KSx)**                                    Date: June 18, 2026

Title    ***Francisco Garza Vargas v. Moshe Levy, et al.***

Present:  The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:
Not Present                                              Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On February 16, 2023, the Court issued an Order to Administratively Close Case (the "Order").  (Docket No. 38).  That Order included that Plaintiff is to file a Status Report re arbitration every 90 days or within ten days of an arbitrator's award.  On May 18, 2026, the Court filed an Order stating that the Status Report that was due March 4, 2026, had not been filed, and ordered the parties to file the report no later than May 29, 2026.

Plaintiff is ordered to file the Status Report, and show cause in writing no later than **JULY 2, 2026,** as to why this action should not be dismissed for failure to comply with this Court's Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  This Order to Show Cause will stand submitted upon the filing of the response.  *Failure to respond to the Order to Show Cause will result in dismissal of this action*.

IT IS SO ORDERED.